**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 22 WAL 2019

           Respondent         :

                                            :   Petition for Allowance of Appeal from

                                            :   the Order of the Superior Court

                    v.                             :

                                            :

EDWARD LOWE BAKER, JR.,           :

                                         :

               Petitioner           :


## ORDER


**PER CURIAM**

      **AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.